UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA A. WASHINGTON,<br><br>                        Plaintiff,<br><br>    -against-<br><br>DHS, ET AL.,<br><br>                      Defendants. | 24cv5042 (LTS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the March 5, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  May 20, 2025
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                              Chief United States District Judge